HAROLD FISCHER, Appellant, v. TIMES AMUSEMENT CORPORATION and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

SOLOMON GINSBURG, Respondent, v. BRONX COUNTY TRUST COMPANY, as Successor Trustee of 1161 Shakespeare Avenue Apartment Building First Mortgage Fee 5¾% Serial Gold Bond Certificates Issued under a Certain Mortgage Trust Indenture Bearing Date May 16th, 1927, Made between R. G. & F. CONSTRUCTION CORPORATION and the COLONIAL BANK, as Trustee, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.; Callahan, J., taking no part.

OLGA GOLDA GELBERGER, Respondent, v. PETER GELBERGER, Appellant.— Order reversed and motion granted. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.; Martin, P. J., and Dore, J., dissent and vote to affirm. Settle order on notice.